UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**JAMES A. WALLINGFORD**
**MELODY F. WALLINGFORD,**                           Case No.   **1:12-CV-55**

    Appellants,

-vs-
                                                **Judge Timothy S. Black**

**GREEN TREE SERVICING, LLC.,**

    Appellee.

_____

**JUDGMENT IN A CIVIL CASE**
_____

    **[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X ]**   **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Court **OVERRULED** the Order of Bankruptcy Court sustaining the Objection of Appellee; **CONFIRMED** the Appellants' Chapter 13 Plan; and **TERMINATED** this case from the docket of the Court.

Date: August 31, 2012                                    **JOHN P. HEHMAN, CLERK**

                                                        By: *s/ M. Rogers*
                                                        Deputy Clerk